IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL PATRICK BENJAMIN,

    Petitioner,                    No. CIV S-03-1166 EJG JFM P

    vs.

T. RANSDALL, Acting Warden, et al.,

    Respondents.              <u>ORDER</u>

_____ /

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 15, 2005, petitioner filed a request to lift the stay of this action and for leave to file a third amended petition, together with a proposed third amended petition.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Within twenty-one days from the date of this order respondents shall file and serve a response to petitioner's December 15, 2005 request to lift stay and for leave to file a third amended petition; and

/////

/////

/////

/////

1

2. Petitioner's reply, if any, shall be filed and served not later than seven days thereafter.

DATED: January 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
benj1166.o