DANIEL J. BRODERICK, #89424
Acting Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Petitioner
DANIEL PATRICK BENJAMIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PATRICK BENJAMIN, <br>              Petitioner, <br>   v. <br> KATHLEEN PROSPER, Warden, <br>              Respondent. | NO. Civ. S-03-1166 FCD JFM P <br><br> PETITIONER'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE <br><br> Judge: Hon. John F. Moulds |

      Pursuant to Local Rule 6-142, Petitioner, DANIEL PATRICK BENJAMIN, by and through his counsel, Assistant Federal Defender Carolyn M. Wiggin, hereby requests an extension of 30 days in which to file the traverse, which is currently due on June 21, 2006.

      This extension is the first extension requested, and it is being sought because of the undersigned's duties in other cases, including attending a one-week training in San Francisco in the first week of

*Benjamin v. Prosper*, Civ. S-03-1166 FCD JFM P
Petitioner's Unopposed Request
for Extension of Time           1

1  June, two Ninth Circuit oral arguments in the second week of June, and
2  a traverse that is due in another case in the second week of June.
3      This extension is not sought for the purposes of undue delay, to
4  gain unfair advantage, or for any other improper purpose.  The
5  undersigned has contacted respondent's counsel, Deputy Attorney General
6  Harry Joseph Colombo, who graciously indicated that he has no
7  opposition to the requested extension.  Mr. Benjamin has been notified
8  and joins in this request.  Accordingly, petitioner requests this Court
9  enter the following order granting this request.
10 Dated:  May 24, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender
Attorney for Petitioner
DANIEL PATRICK BENJAMIN

**O R D E R**

Pursuant to the request of petitioner, and good cause appearing therefor, it is hereby ORDERED that the traverse may be filed on or before July 21, 2006.

DATED: May 24, 2006.

UNITED STATES MAGISTRATE JUDGE

*Benjamin v. Prosper*, Civ. S-03-1166 FCD JFM P
Petitioner's Unopposed Request
for Extension of Time     2